# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Government, | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-12-699-2 |
| | § | |
| KELLY TAYLOR GIPSON, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The defendant filed an unopposed motion for continuance of the deadline to file objections and of the sentencing hearing, (Docket Entry No. 53). The motion for continuance is GRANTED.  Objections to the presentence report are due by October 25, 2013. The sentencing hearing is reset to **November 13, 2013 at 9:00 a.m.**

SIGNED on October 1, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge